## Docket Report Results
PRODUCTION

**Report Selection Criteria**

Case ID:            T2CVA-22-1012
Citation No:
Docket Start Date:
Docket Ending Date:

**Case Description**

Case ID:      T2CVA-22-1012 - JOHN PLUMMER V LINCOLN LIFE ASSURANCE CO OF BOSTON - JURY TRIAL
Filing Date: Monday  May 02nd 2022
Court:        T2 - WASHINGTON
Location:    C - CIRCUIT
Type:        CC - CONTRACT - OTHER
Status:      OPEN - CASE OPEN
Images:

**Case Event Schedule**

*No case events were found*

**Case Parties**

| Seq # | Assoc | End Date | Type | ID | Name |
|---|---|---|---|---|---|
| 3 | | | PLAINTIFF PETITIONER ATTORNEY | 100556? | CHAMBERLIN, NEIL |
| | | | | Aliases: | CHAMBERLIN, NEIL R / CHAMBERLIN, NEIL R |
| | | | | | |
| 2 | | | PLAINTIFF | 17802081 | PLUMMER, JOHN |
| | | | | Aliases: | none |
| | | | | | |
| 4 | | | DEFENDANT | 17802073 | LINCOLN LIFE ASSURANCE COMPANY OF BOSTON |
| | | | | Aliases: | none |
| | | | | | |
| 1 | | | JUDGE | 7865382 | 4TH CIRCUIT DIVISION 1 |
| | | | | Aliases: | MARTIN / MARTIN DOUG |

**Violations**



EXHIBIT

___A___

## Docket Report Results
### PRODUCTION

Sentence

No Sentence Info Found

Milestone Tracks

No Milestone Tracks found

Docket Entries

| Filing Date | Description | Name | Monetary |
|---|---|---|---|
| 05.02.2022 12:14 PM | COMPLAINT PETITION FILED $ | CHAMBERLIN, NEIL | |
| Entry: | COMPLAINT | | |
| Images | COMPLAINT | | |
| | | | |
| 05.02.2022 12:14 PM | SUMMONS FEE 21-6-402 $ | CHAMBERLIN, NEIL | |
| Entry | none | | |
| Images | No Images | | |
| | | | |
| 05.02.2022 12:14 PM | AOC COVERSHEET CIVIL | CHAMBERLIN, NEIL | |
| Entry | none | | |
| Images | No Images | | |
| | | | |
| 05.02.2022 12:14 PM | MCF ORIGINAL | CHAMBERLIN, NEIL | |
| Entry | none | | |
| Images | No Images | | |
| | | | |
| 05.02.2022 02:56 PM | PAYMENT RECEIVED | | |
| Entry | A Payment of $167.50 was made on receipt 72C185511 | | |
| Images | No Images | | |
| | | | |
| 05.03.2022 08:23 AM | SUMMONS - FILER PREPARED | | |
| Entry | LINCOLN LIFE ASSUANCE COMPANY OF BOSTON | | |
| Images | SUMMONS | | |

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS
_____ DIVISION

JOHN PLUMMER                                                          PLAINTIFF

V.                              NO. _____

LINCOLN LIFE ASSUANCE COMPANY OF BOSTON              DEFENDANT


## SUMMONS


**THE STATE OF ARKANSAS TO DEFENDANT:**
Lincoln Life Assurance Company of Boston
c/o Corporation Service Company
300 Spring Building, Suite 900
300 Spring Street, Little Rock, AR 72201

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Neil Chamberlin
McMath Woods P.A.
711 West Third Street
Little Rock, AR 72201

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**Additional Notices Included:**

CLERK OF COURT

Address of Clerk's Office

_____

_____
[SEAL]

_____
[Signature of Clerk or Deputy Clerk]

Date: _____

No. _____ This summons is for **Lincoln Life Assuance Company of Boston** (*name of Defendant*).

## PROOF OF SERVICE

☐ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

☐ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

☐ On_____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

☐ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____    SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
     [signature of server]

_____
     [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
     [signature of server]

_____
     [printed name]

Address: _____

     Phone: _____

Subscribed and sworn to before me this date: _____

     Notary Public _____

My Commission Expires: _____

Additional information regarding service or attempted service:

_____



Arkansas Judiciary

**Case Title:**    JOHN PLUMMER V LINCOLN LIFE ASSURANCE CO
                   OF BOSTON
**Case Number:**   72CV-22-1012

**Type:**          SUMMONS - FILER PREPARED

So Ordered

Tyra Marsh

Tyra Marsh

Electronically signed by TAMARSH on 2022-05-03 08:23:13    page 5 of 5