UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROGER BROOKS,                                                                          PLAINTIFF

v.                                    CIVIL ACTION NO. 4:17cv00817-JLH

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,                               DEFENDANT

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR REMAND

Defendant Liberty Life Assurance Company of Boston ("Liberty Life") files this Response to Plaintiff's Motion for Remand.

### INTRODUCTION AND FACTUAL BACKGROUND

Plaintiff is seeking to recover long term disability benefits under 29 U.S.C. § 1132(a)(1)(B) (along with other damages) from a disability benefits plan, in which he was a participant by virtue of his employment with AmeriGas Propane, Inc.[1] The benefit plan at issue is an "employee welfare benefit plan" as that term is defined in 29 U.S.C. § 1002(1) of the Employee Retirement Income Security Act ("ERISA"). Federal jurisdiction is proper based on the grounds of federal question jurisdiction, 28 U.S.C. § 1331, and defendant timely and properly removed the action to federal court on December 11, 2017. Plaintiff filed a Motion for Remand on December 21, 2017, in which he does not dispute that he is pursuing claims under ERISA. Plaintiff's sole basis for remand is the argument that Liberty Life's counsel is not licensed to practice law in Arkansas state court. However, as detailed in the Brief in Support of this Motion, this argument does not support remand and removal of this action was proper.

---

[1] *See* **Paragraphs 1 and 7 of Plaintiff's Complaint.**

**EXHIBIT**

tabbies®

5

## CONCLUSION

For the reasons set forth above and in the Brief in Support, Liberty Life requests that the Court enter an **Order Denying Plaintiff's Motion for Remand** and granting Liberty Life such other relief to which it may show itself entitled.

Dated this 29th day of January, 2018.

Respectfully submitted,

By: ___/s/ Iwana Rademaekers_____
   Iwana Rademaekers (Texas Bar # 16452560)
   LAW OFFICES OF IWANA RADEMAEKERS, P.C.
   14785 Preston Road, Suite 550
   Dallas, Texas 75254
   Main:  (214) 579-9319
   Fax:  (469) 444-6456
   Email:  iwana@rademaekerslaw.com

   ATTORNEYS FOR LIBERTY LIFE
   ASSURANCE COMPANY OF BOSTON

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Arkansas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Neil Chamberlin, Esq.
Email: neil@mcmathlaw.com

___January 29, 2018_____          ___/s/ Iwana Rademaekers_____
Date                                  Iwana Rademaekers

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR REMAND          2