**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ROGER BROOKS                                                                PLAINTIFF

v.                                    NO. 4:17CV00817 JLH

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON                                                                  DEFENDANT

## ORDER

This is an ERISA case that Roger Brooks commenced in the Circuit Court of Faulkner County, Arkansas. The defendant, Liberty Life Assurance Company of Boston, removed the action to this Court. Brooks has moved to remand the action because Liberty's lawyer was not admitted to practice in the state courts of Arkansas when the notice of removal was filed in the circuit court. In response, Liberty has submitted an affidavit from a deputy clerk in the circuit court who testified that she received an inquiry from Liberty's lawyer and agreed to accept filing a notice of removal.

Brooks relies on *Desoto Gathering Co. LLC v. Hill*, 2017 Ark. 326, 531 S.W.3d 396 (2017), where the court reiterated its longstanding principle that when a person who is not licensed to practice law in Arkansas attempts to represent the interests of another by submitting himself to the jurisdiction of a court, the pleadings filed by that person are a nullity. *Id.* at *9, 531 S.W.3d at 402. Here, however, Liberty was not submitting itself to the jurisdiction of the state courts. To the contrary, it was giving notice that it was removing the case to federal court and submitting to jurisdiction here. Liberty's lawyer was authorized to practice in the Eastern District of Arkansas at the time the removal papers were filed. Because Liberty was submitting to the jurisdiction of this Court and because its lawyer was authorized to practice in this Court, the notice of removal was not a nullity. The motion to remand is therefore DENIED. Document #9.

**EXHIBIT**

tabbies®

**7**

IT IS SO ORDERED this 7th day of February, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE