ELECTRONICALLY FILED
Washington County Circuit Court
Kyle Sylvester, Circuit Clerk
2022-Jun-06 11:53:09
72CV-22-1012
C04D01 : 1 Page

## AFFIDAVIT OF SERVICE

**State of Arkansas**          **County of Washington**          **Circuit Court**

Case Number: 72CV-22-1012

Plaintiff:
**John Plummer**
vs.
Defendant:
**Lincoln Life Assuance Company of Boston**

For: Mr. Neil Chamberlin
MCMATH WOODS, P.A.

Received by MYERS ATTORNEY'S SERVICE to be served on **Lincoln Life Assurance Company Of Boston By Serving Corporation Service Company as Registered Agent, 300 Spring Building, Suite 900, 300 Spring Street, Little Rock, AR 72201.** I, _Alex Taylor Holland_, being duly sworn, depose and say that on the _6_ day of _May_, 202_2_ at _1:05_p.m., executed service by delivering a true copy of the **SUMMONS, COMPLAINT** in accordance with state statutes in the manner marked below:

( ) GOV.AGENCY: By Serving _____ As _____ of the within-named agency.

(✗) CORPORATE SERVICE: By Serving _Danny Clements_ as _Intake Specialist_.

( ) OTHER SERVICE:See Comments Below:
( ) NON SERVICE: See Comments Below:

Service Was Completed At:
(✗) ADDRESS ABOVE
( ) OTHER ADDRESS:_____

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

County of _Pulaski_

Subscribed and Sworn to before me on this _6_ day of _May_ 2022 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

My commission expires: _6-2-2026_

[Notary seal: NITA MELTON / COMM. EXP. 6-02-2026 / No. 12697784 / PULASKI COUNTY / NOTARY PUBLIC - ARKANSAS]

_____
PROCESS SERVER # _118_
Appointed in accordance with State Statutes

**MYERS ATTORNEY'S SERVICE**
**323 Center Street**
**Suite 1425**
**Little Rock, AR 72201**
**(501) 376-6266**

Our Job Serial Number: 2022005413

**EXHIBIT**

**10**

tabbies®

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2a