Case Summary                                                    Page 1 of 2

I  CERTIFY  THAT  THIS
INSTRUMENT  IS  A  TRUE
COPY OF THE Docket sheets
ON  FILE  IN  THIS  OFFICE
DATE 6-09-2022

Kyle Sylvester, Circuit Clerk
Tyra Marsh .D.C.

## Contexte Case Summary

WASHINGTON of the CIRCUIT

**JOHN PLUMMER V**

Case ID: **72CV-** **LINCOLN LIFE**       Sealed: No   Case Type:              Filing Date: May 2,
**22-1012**    **ASSURANCE CO**                        CONTRACT - OTHER   2022
          **OF BOSTON**

Case Age: 37   Case Status: CASE            Trial Type: JURY        Claim/Amt:
Days           OPEN                         TRIAL

± Party Summary: Number of Parties 4, Balance Owed: .00 ( includes party and violation fees )

- Dockets

**AFFIDAVIT OF SERVICE**   Date: June 6, 2022 11:53:09      Filed by:
                           AM                               **CHAMBERLIN, NEIL**
AFFIDAVIT OF SERVICE - LINCOLN LIFE ASSURANCE COMPANY OF BOSTON 05-06-2022

**SUMMONS - FILER**        Date: May 3, 2022 08:23:29        Filed by:
**PREPARED**               AM
LINCOLN LIFE ASSUANCE COMPANY OF BOSTON

**PAYMENT RECEIVED**       Date: May 2, 2022 02:59:09 PM     Filed by:
A Payment of $167.50 was made on receipt 72CI85511.

**AOC COVERSHEET CIVIL**   Date: May 2, 2022 12:14:14 PM    Filed by:
                                                            **CHAMBERLIN, NEIL**

**SUMMONS FEE 21-6-402 $**  Date: May 2, 2022 12:14:14 PM   Filed by:
                                                            **CHAMBERLIN, NEIL**

**COMPLAINT/PETITION**     Date: May 2, 2022 12:14:14 PM    Filed by:
**FILED $**                                                 **CHAMBERLIN, NEIL**
COMPLAINT

**MOF ORIGINAL**           Date: May 2, 2022 12:14:14 PM    Filed by:
                                                            **CHAMBERLIN, NEIL**

**EXHIBIT**

**12**

tabbies

**Totals**

| | |
|---|---|
| Case Balance Owed: | .00 |
| Total Balance Owed: | .00 |
| Number of Dockets: | 7 |
| Number of Events: | |
| Number of Violations: | |
| Number of Defendants: | 1 |



A   C   S