## AFFIDAVIT OF STACEY PECTOL

1.      I am the Clerk of the Arkansas Supreme Court and Court of Appeals.  As such, I am knowledgeable of the matters stated herein.

2.      My office is responsible for maintaining the roster of attorneys licensed to practice law in the State of Arkansas.

3.      I received an inquiry regarding whether Iwana Rademaekers is an attorney licensed to practice law in the State of Arkansas and whether she was so licensed as of May 31, 2022.

4.      Pursuant to the inquiry, I searched the roster of licensed attorneys maintained by my office.  That search revealed no records regarding Iwana Rademaekers.

5.      According to records maintained by my office, Iwana Rademaekers is not an attorney licensed to practice law in the State of Arkansas and was not so licensed as of May 31, 2022.

_____

Stacey Pectol

Subscribed and sworn to before me this 8th day of June, 2022.
County of Pulaski, State of Arkansas

_____

Notary Public

My commission expires:

01-25-2031

(Seal)

```
AMBER ISOM
NOTARY PUBLIC - ARKANSAS
SALINE COUNTY
Commission Expires 01-25-2031
Commission # 12381593
```

EXHIBIT

13

tabbies®