IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS
1st DIVISION

JOHN PLUMMER,                                                           PLAINTIFF

v.                                    CIVIL ACTION NO. 72CV-22-1012

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,          DEFENDANT

## AFFIDAVIT OF SANDRA ACKER

Before the undersigned, an officer duly authorized by law to administer oaths, personally appeared Sandra Acker, who, on oath, deposes and states as follows:

1.      I, Sandra Acker, am an employee of the Law Offices of Iwana Rademaekers, P.C. I am more than 21 years of age and am competent to testify to the matters contained herein. My personal knowledge, as well as the files and records maintained by our office in the ordinary course of business, form the basis of this affidavit.

2.      On or about May 25, 2022, I contacted the office of the Circuit Clerk of Washington County, Arkansas, and spoke with a Deputy Clerk in that office. I advised the deputy clerk that the attorney I work for needed to file a Notice of Filing Notice of Removal of Action to Federal Court, but did not have the ability to electronically file the document, as she is not admitted to practice in Arkansas and therefore was not signed up for electronic filing. The clerk I spoke with advised me that the Circuit Clerk would accept a filing from Ms. Rademaekers via facsimile for this purpose. On May 31, 2022, I transmitted via facsimile a document titled "Notice of Filing Notice of Removal of Action to Federal Court" for filing in Civil Action No. 72CV-22-1012; pursuant to the clerk's instructions, I included a cover sheet with the case number and name of the document being faxed for filing. Later that evening, I received

EXHIBIT

A

confirmation that the facsimile was successfully transmitted on that date. A true and correct copy of that fax confirmation is attached as Exhibit 1.

3.      On June 20, 2022, after learning that the Notice of Filing Notice of Removal had not been entered on the Court's docket, I contacted the Circuit Clerk's office via telephone to inquire about the status of facsimile and Notice submitted by our office on May 31, 2022. I spoke with Tyra in that office, who searched for the Notice and advised me that the document had been located and would be entered on the Court's Docket with a notation as to when the facsimile was received. On that same date, I also spoke via telephone with Tyra's supervisor, Laura, who advised me that she would confer with the County Attorney's office regarding the date the document was deemed filed. Later that day, I was contacted by Tyra who informed me that the Notice had been filed with an effective June 1, 2022, and that the Court's docket would reflect that information.

FURTHER AFFIANT SAYETH NAUGHT.

Sandra Acker

Sworn to and subscribed before me,
this 23ʳᵈ day of June 2022.

Notary Public
My Commission Expires: 04/02/2023



CAROL A PETTUS
Notary ID #124494163
My Commission Expires
April 2, 2023

**AFFIDAVIT OF SANDRA ACKER**

2

| | |
|---|---|
| **From:** | Nextiva vFax |
| **To:** | Iwana Rademaekers |
| **Subject:** | Message Sent: 805632369 | 5/31/2022 4:35:23 PM CDT |
| **Date:** | Tuesday, May 31, 2022 4:40:23 PM |

## Delivery Information:

| | |
|---|---|
| Message #: | 805632369 |
| Status: | Success |
| Sender Name: | Iwana Rademaekers |
| Sender Company: | Law Offices of Iwana Rademaekers, P.C. |
| Sender Phone: | 214-579-9319 |
| Remote CSID: | Washington County |
| Total Pages: | 8 |
| Start Time: | 5/31/2022 4:35:23 PM CDT |
| End Time: | 5/31/2022 4:44:11 PM CDT |
| Duration: | 0.236 sec |
| Delivery Count: | 1 |

**Recipient List:**
Clerk, Washington Circuit Court - 14794441537

Click here to view this message online

Delivered by **NEXTIVA**...                    "When Every Fax is Mission Critical"

EXHIBIT

1