# WASHINGTON COUNTY CIRCUIT COURT

**CERTIFIED DOCKET**

Cases as of
07/01/2022 01:22 PM

### DOCKET

| Case Id | Description | Filing Date |
|---|---|---|
| 72CV-22-1012 | JOHN PLUMMER V LINCOLN LIFE ASSURANCE CO OF BOSTON | 05-02-22 |

CASE TYPE:         CONTRACT - OTHER
WASHINGTON COUNTY CIRCUIT COURT

| End Date | Party Type | ID | Party Name | Payplan Balance |
|---|---|---|---|---|
| | JUDGE | C04D01 | 4TH CIRCUIT DIVISION 1 | |
| | PLAINTIFF/PETITIONER ATTORNEY | AR93222 | CHAMBERLIN, NEIL | |
| | PLAINTIFF | @2534460 | PLUMMER, JOHN | |
| | DEFENDANT/RESPONDENT ATTO | AR2007247 | PRINCE, AMBER J | |
| | DEFENDANT | 72LINCLFE | LINCOLN LIFE ASSURANCE COMPANY OF BOSTON | |

Service Documents   Signed   Served?   Date   Event Description   Service Reason

| Filing Dat | Docket Entry | Filing Party | | |
|---|---|---|---|---|
| 05-02-22 | COMPLAINT/PETITION FILED $ COMPLAINT | CHAMBERLIN, NEIL | TAMARSH | 02-MAY-22 |
| 05-02-22 | SUMMONS FEE 21-6-402 $ | CHAMBERLIN, NEIL | TAMARSH | 02-MAY-22 |
| 05-02-22 | AOC COVERSHEET CIVIL | CHAMBERLIN, NEIL | TAMARSH | 02-MAY-22 |
| 05-02-22 | MOF ORIGINAL | CHAMBERLIN, NEIL | TAMARSH | 02-MAY-22 |
| 05-02-22 | PAYMENT RECEIVED | | TAMARSH | 02-MAY-22 |
| | A Payment of $167.50 was made on receipt 72CI85511. | | | |
| 05-03-22 | SUMMONS - FILER PREPARED | | TAMARSH | 03-MAY-22 |
| | LINCOLN LIFE ASSUANCE COMPANY OF BOSTON | | | |
| 06-06-22 | AFFIDAVIT OF SERVICE | CHAMBERLIN, NEIL | TAMARSH | 06-JUN-22 |
| | AFFIDAVIT OF SERVICE - LINCOLN LIFE ASSURANCE COMPANY OF BOSTON 05-06-2022 | | | |
| 06-09-22 | MOTION DEFAULT JUDGMENT | CHAMBERLIN, NEIL | TAMARSH | 10-JUN-22 |
| | PLAINTIFF'S MOTION AND BRIEF FOR DEFAULT JUDGMENT, DAMAGES HEARING, AND FOR COURT TO RETAIN JURISTICTION | | | |
| 06-17-22 | LETTER | CHAMBERLIN, NEIL | TAMARSH | 17-JUN-22 |
| | LETTER | | | |
| 06-20-22 | NOTICE REMOVED FEDERAL COURT | | TAMARSH | 20-JUN-22 |
| | DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT, RECEIVED VIA FAX 04:40:16PM 05-31-2022 AFTER BUSINESS HOURS. FILED FOR RECORD, IN ACCORDANCE WITH ARKANSAS RULES OF CIVIL PROCEDURE, 06-01-2022 08:00:00 UPON OPEN NEXT BUSINESS DAY. DELAYED EFLEX FILING DUE TO CLERK'S FACSIMILE SOFTWARE ERROR. | | | |
| 06-23-22 | EFILING NOTICE OF APPEARANCE | PRINCE, AMBER J | TAMARSH | 24-JUN-22 |
| | Associated Party: DEFENDANT - LINCOLN LIFE ASSURANCE COMPANY OF BOSTON+ AMBER JO PRINCE | | | |
| 06-23-22 | RESPONSE TO MOTION FILED | PRINCE, AMBER J | TAMARSH | 24-JUN-22 |
| | DEFENDANT¿S RESPONSE AND BRIEF IN SUPPORT TO PLAINTIFF¿S MOTION AND BRIEF FOR DEFAULT JUDGMENT, DAMAGES HEARING, AND FOR COURT TO RETAIN JURISDICTION | | | |
| 06-24-22 | RESPONSE/REPLY | CHAMBERLIN, NEIL | PGREINOSO | 24-JUN-22 |
| | PLAINTIFF¿S REPLY IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT, DAMAGES HEARING, AND FOR COURT TO RETAIN JURISDICTION | | | |
| 06-28-22 | RESPONSE/REPLY | PRINCE, AMBER J | TAMARSH | 29-JUN-22 |
| | DEFENDANT¿S SURREPLY TO PLAINTIFF¿S REPLY IN SUPPORT OF MOTION AND BRIEF FOR DEFAULT JUDGMENT, DAMAGES HEARING, AND FOR COURT TO RETAIN JURISDICTION | | | |

Event DateTime      Description                    Closing Date and Docket Description

Condition Code   Text                                                            Length  Ordered    Due        Completed

I CERTIFY THAT THIS INSTRUMENT IS A TRUE COPY OF THE ___DOCKET___ ON FILE IN THIS OFFICE DATE___07/01/2022___
___1 page___
Kyle Sylvester, Circuit Clerk

Report:   CWRDOCT v5. _____ D.C.   Docket Pag  1

**EXHIBIT**

**C**

User: JAPOQUETTE