ELECTRONICALLY FILED
Washington County Circuit Court
Kyle Sylvester, Circuit Clerk
2022-Jul-06  09:42:47
72CV-22-1012
C04D01 : 2 Pages

## IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS
### 1st DIVISION

JOHN PLUMMER                                                                 PLAINTIFF

v.                              CASE NO. 72CV-22-1012

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON                DEFENDANT

### ORDER

NOW on this _____ day of July, 2022, the above-styled cause came before the Court on

Plaintiff's Motion and Brief for Default Judgment, Damages Hearing, and for Court to Retain

Jurisdiction (the "Motion") filed on June 9, 2022, Defendant's Response thereto, Plaintiff's Reply

and Defendant's Surreply.  From a review of the Court file, the pleadings and other matters before

the Court, the Court finds and orders that Plaintiff's Motion should be and hereby is **DENIED**.

**IT IS SO ORDERED.**

HONORABLE DOUG MARTIN
CIRCUIT JUDGE

EXHIBIT

**D**



**Case Title:**       JOHN PLUMMER V LINCOLN LIFE ASSURANCE CO OF
                      BOSTON

**Case Number:**      72CV-22-1012

**Type:**             ORDER MOTION DENIED


So Ordered


Electronically signed on 2022-07-06 09:42:46     page 2 of 2