**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**JOHN PLUMMER,**                                                             **PLAINTIFF**

     **v.**                               **CIVIL ACTION NO. 5:22cv05102-TLB-CDC**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,**                      **DEFENDANT**

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff John Plummer and Lincoln Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 14th day of June 2023.

                                        Respectfully submitted,

                                        By:   /s/ Neil Chamberlin (by permission)
                                            Neil Chamberlin (Ark Bar # 93222)
                                            MCMATH WOODS, P.A.
                                            711 West Third Street
                                            Little Rock, AR 72201
                                            Tel:  (501) 374-5411
                                            Fax:  (501) 374-5118
                                            Email:  neil@mcmathlaw.com

                                        ATTORNEYS FOR PLAINTIFF


                                        - AND –

By:     /s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT