## IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

**JOHN PLUMMER**                                                                **PLAINTIFF**

NO.   5:22CV5102

**LINCOLN LIFE
ASSURANCE COMPANY OF
BOSTON, ET AL**                                                                **DEFENDANT**

### <u>CLERK'S ORDER OF DISMISSAL</u>

On this 14th day of June, 2023, the parties hereto having  filed a stipulation for dismissal

pursuant to Rule 41 (a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's

complaint be, and hereby is dismissed with prejudice.


AT THE DIRECTION OF THE COURT

RONALD E. DOWLING, CLERK


BY:  *Gayle Davis*
        Deputy Clerk